# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE J. YEOMANS and CINDY YEOMANS,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>         Defendant. | Case No.: 21-cv-399-MMA (MDD)<br><br>**ORDER RE DISMISSAL PURSUANT TO CIVIL LOCAL RULE 41.1(a)** |

On July 1, 2022, the Court issued an Order requiring Plaintiff Cindy Yeomans ("Plaintiff") to show cause why the Complaint should not be dismissed in its entirety pursuant to Civil Local Rule 41.1(a) for failure to prosecute this action and comply with a Court Order. Doc. No. 21. To date, Plaintiff has not responded to the Court's order to show cause, and the time for doing so has expired. *See* Docket. Based on Plaintiff's failure to prosecute this action and noncompliance with multiple court orders, the Court **DISMISSES** this action in its entirety without prejudice. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

The Court further **DIRECTS** the Clerk of Court to serve a copy of this Order on

Cindy Yeomans, Michael Yeomans, and Jamie Yeomans at the addresses provided in Doc. No. 19-2 at 2.

**IT IS SO ORDERED**.

Dated: July 19, 2022

HON. MICHAEL M. ANELLO
United States District Judge